# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **SARA D. GOODWILL,** individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> **ANYWHERE REAL ESTATE INC. f/k/a REALOGY HOLDINGS CORP.,** </br></br> and </br></br> **THE MASIELLO GROUP LIMITED d/b/a BETTER HOMES AND GARDENS REAL ESTATE/THE MASIELLO GROUP,** </br></br> Defendants. | CASE NO. |

## AFFIDAVIT OF ADAM S. TAYLOR, ESQ. REGARDING SUPERIOR COURT DOCUMENTS

I, Adam S. Taylor, declare that the attached documents constitute true and complete copies of the full docket record in the Cumberland County Superior Court as of 2:00 p.m. on December 19, 2022 in the above-captioned action, *Sara D. Goodwill v. The Masiello Group Limited, et al.*, Docket No. CV-2022-301.

FURTHER AFFIANT SAYETH NOT.

DATED: December 19, 2022                          Respectfully submitted,

/s/Adam S. Taylor, Esq.
Adam S. Taylor, Esq., ME Bar.#9078
TAYLOR, McCORMACK & FRAME, LLC
267 Commercial Street, First Floor
Portland, ME  04101
Tel: (207) 828-2005
Fax: (207) 347-4523
Email: ATaylor@TMFattorneys.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I, Adam S. Taylor, attorney for Defendants, hereby certify that on the above-date, I electronically filed Defendants' *Affidavit Regarding Superior Court Documents* in this matter with the Clerk of the Court via email and to counsel of record listed above via email and to counsel for Plaintiffs, Peter Mancuso, Andrew Schmidt, and Eric Uhl, via email.

DATED: December 19, 2022                          Respectfully submitted,

                                                               /s/Adam S. Taylor, Esq.
                                                               Adam S. Taylor, Esq., ME Bar.#9078
                                                               TAYLOR, McCORMACK & FRAME, LLC
                                                               267 Commercial Street, First Floor
                                                               Portland, ME  04101
                                                               Tel: (207) 828-2005
                                                               Fax: (207) 347-4523
                                                               Email: ATaylor@TMFattorneys.com

                                                               *Attorney for Defendants*