UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SARA D. GOODWILL, | ) |
|        Plaintiff, | ) |
| v. | )    2:22-cv-00407-SDN |
| THE MASIELLO GROUP LIMITED, d/b/a BETTER HOMES AND GARDENS REAL ESTATE/THE MASIELLO GROUP | ) |
|        Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On December 19, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint with prejudice as a sanction for Plaintiff's discovery noncompliance. ECF No. 114 at 12. The Magistrate Judge further recommended directing the Clerk's Office to "send information about Goodwill's counsel's lack of candor to the Maine Board of Overseers of the Bar." *Id*. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on January 2, 2026, and no objections have been filed, either before or after the deadline.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. In doing so, I note the extensive history of this case and accord substantial deference to the Magistrate Judge's familiarity with the proceedings and parties. Accordingly, I find no clear error and concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision. I likewise determine that no additional proceedings are necessary.

I therefore **AFFIRM** and **ADOPT** the Recommended Decision. ECF No. 114. Plaintiff's complaint is **DISMISSED with prejudice**. I further direct the Clerk's Office

to send a copy of this Order, the Magistrate Judge's Recommended Decision, and the docket sheet to the Maine Board of Overseers of the Bar, consistent with the findings stated in the Recommended Decision. I do so only after deliberate consideration, mindful of the serious and professional consequences such a referral may carry. This direction is not made lightly, but reflects the Court's independent obligation to address conduct that the record demonstrates cannot be overlooked.

**SO ORDERED.**

Dated this 23rd day of January, 2026.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**